# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

STATE OF WASHINGTON,

      Respondent,

      v.

STEVEN GUY PITTMAN,

      Appellant.

No. 79056-1-I

UNPUBLISHED OPINION

FILED: AUG 1 9 2019

2019 AUG 19 AM 8: 32
FILED
COURT OF APPEALS DIV I
STATE OF WASHINGTON

PER CURIAM — Steven Pittman appeals the DNA fee imposed as part of his sentence for unlawful possession of methamphetamine and unlawful use of a building for drug purposes. He contends, and the State concedes, that the DNA fee must be stricken under RCW 43.43.7541 and State v. Ramirez, 191 Wn.2d 732, 426 P.3d 714 (2018) because he previously gave a DNA sample that is on file with the Washington State Patrol crime lab. We accept the concession of error and remand with directions to strike the DNA fee from the judgment and sentence.

FOR THE COURT:

_____

Chun, J.

Andrus, J.